CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL K. MARRIOTT (CSBN 280890)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4836
Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH DOLBY,<br><br>Plaintiff,<br><br>v.<br><br>SSA COMMISSIONER,<br><br>Defendant. | Case No. 4:26-cv-01598-AMO<br><br>[PROPOSED]<br>**ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:   6/9/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE