CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL K. MARRIOTT (CSBN 280890)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4836
Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH DOLBY, | ) Case No. 4:26-cv-01598-AMO |
| Plaintiff, | ) |
| | ) [PROPOSED] |
| v. | ) JUDGMENT OF REMAND |
| | ) |
| SSA COMMISSIONER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  6/9/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE